IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KHRYSTYNE HILL, | ) | Case No.: 1:18-cv-00360 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | **ORDER APPROVING CONFIDENTIAL** |
| | ) | **SETTLEMENT** |
| NORMAN NOBLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE having come before the Court on the Joint Motion of the Parties for Approval of Confidential Settlement and Dismissal of the Action, and the parties' Confidential Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and the Ohio Minimum Fair Wage Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement; and

3. The above case is hereby dismissed with prejudice, each party to bear her/its own costs except as otherwise provided by the Confidential Joint Stipulation. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this 18th day of October, 2018.

                                                               *s/  James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE